PROB 12A
(7/93)

# United States District Court

for the

Eastern District of Washington

```
FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 3 1 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON
```

### Report on Offender Under Supervision
*(No Action Requested)*

Name of Offender:  Michael William Rettig                Case Number: 2:99CR00006-001

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle

Date of Original Sentence:  7/16/1999              Type of Supervision:  Supervised Release

Original Offense: Bank Robbery, 18 U.S.C. §         Date Supervision Commenced:  1/31/2005
2113(a); Bank Robbery, 18 U.S.C. § 2113(a)

Original Sentence:  Prison - 77 Months; TSR - 36   Date Supervision Expires:  1/30/2008
Months

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1                     **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

                      **Supporting Evidence**: Mr. Rettig tested for the use of cocaine on March 28, 2005 and April 18, 2005. Mr. Rettig tested positive for the use of methamphetamine on April 12, 2005.

**U.S. Probation Officer Action**:

In response to the positive drug tests, Mr. Rettig was instructed to obtain a substance abuse evaluation and follow any recommended treatment. Mr. Rettig has also been instructed to obtain mental health treatment. Since the defendant's positive drug tests, all subsequent tests have been negative. Mr. Rettig remains full time employed at a mechanic.

During a review of the defendant's file, it was discovered the Court was not informed of the above issues. This officer respectfully requests that no action be taken at this time and allow Mr. Rettig continue in his counseling programs.

                                                      Respectfully submitted,

                                              by      _____
                                                      Curtis G. Hare
                                                      U.S. Probation Officer
                                                      Date:  August 26, 2005

Prob12A
Re: Rettig, Michael William
August 26, 2005
Page 2

[X] Court Concurs with Officer Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_Fred Van Sickle_
Signature of Judicial Officer

_August 30, 2005_
Date