PROB 12B
(7/93)

Report Date: December 30, 2005

# United States District Court

### for the

### Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 1 2 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Michael William Rettig        Case Number: 2:99CR00006-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 7/16/1999        Type of Supervision: Supervised Release

Original Offense: Bank Robbery, 18 U.S.C. § 2113(a); Bank Robbery, 18 U.S.C. § 2113(a)        Date Supervision Commenced: 1/31/2005

Original Sentence: Prison - 77 Months; TSR - 36 Months        Date Supervision Expires: 1/30/2008

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

25   You shall reside in a community corrections center for a period of up to 120 days. You shall not be entitled to the benefits of the prerelease component. You shall abide by the rules and requirements of that facility. You shall remain at the facility until discharged by the Court.

26   You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

## CAUSE

Mr. Rettig has been extremely unstable for several months. He has submitted positive urine drug tests for methamphetamine and codeine. Mr. Rettig has also failed to submit to drug testing on several occasions. Mr. Rettig has failed to comply with mental health and substance abuse treatment requirements. Mr. Rettig does have strong support by his employers who have befriended him. One employer has taken the defendant into his home and is helping to provide a more stable environment. The employers stated that the defendant has excellent work skills when he is clean and they believe Mr. Rettig has the potential to be a strong asset to their business as well as a productive member of society. This officer believes a period of CCC placement, until Mr. Rettig's acceptance into residential substance abuse treatment, will provide the defendant with a final chance at integrating himself into a law abiding society.

Prob 12B
Re:  Rettig, Michael William
December 30, 2005
Page 2

Respectfully submitted,

by  _____
Curtis G. Hare
U.S. Probation Officer
Date:  December 30, 2005

---

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
FVS [X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

January 11, 2006
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

25    You shall reside in a community corrections center for a period of up to 120 days. You shall not be entitled to the benefits of the prerelease component. You shall abide by the rules and requirements of that facility. You shall remain at the facility until discharged by the Court. You may be released when a residential treatment program become available.

26    You shall enter into and successfully complete an approved residential substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

Witness: _____  Signed: _____
             Curtis G. Hare                                      Michael William Rettig
            U.S. Probation Officer                        Probationer or Supervised Releasee

December 30, 2005
Date